JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

|  |  |
|---|---|
| CANER UYGUN,<br><br>                Petitioner,<br><br>    v.<br><br>MARKWAYNE MULLIN, et. al.,<br><br><br>             Respondents. | Case No. EDCV 26-1425-HDV (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is GRANTED.

DATED: April 15, 2026

_____

HERNAN D. VERA
UNITED STATES DISTRICT JUDGE